IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KUPER INDUSTRIES, LLC, JAMES W. KUPER,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>DANIEL REID,  ALL THE MARBLES, LLC, DANIEL REID,<br><br>                    Defendants. | 8:15CV42<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Jarrod D. Reece to withdraw as counsel for Plaintiffs Kuper Industries, LLC and James W. Kuper d/b/a The Pancake Man, (filing no. 30), is granted.

Dated this 4th day of March, 2015

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge